# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN PAUL RYAN, | ) |
| Petitioner, | ) |
| v. | ) NO. CIV-08-1197-D |
| OKLAHOMA COUNTY DISTRICT COURT, | ) |
| Respondent. | ) |

## **O R D E R**

Petitioner, a state prisoner appearing *pro se,* brought this action for a writ of habeas corpus pursuant to 28 U.S.C. §2254. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for initial proceedings. On February 27, 2009, the Magistrate Judge filed a Report and Recommendation [Doc. No. 7] in which she recommended that the petition be dismissed upon filing, without prejudice to the filing of a new action.

In the Report and Recommendation, the Magistrate Judge advised Petitioner of his right to object to the same and scheduled a March 19, 2009 deadline for filing objections. She also advised Petitioner that his failure to timely object would constitute a waiver of his right to appellate review of the factual and legal findings contained in the Report and Recommendation.

The deadline for filing objections has expired, and Petitioner has not filed an objection. Accordingly, the Report and Recommendation [Doc. No. 7] is adopted as though fully set forth herein. The action is dismissed without prejudice to its refiling.

IT IS SO ORDERED this  27th  day of March, 2009.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE